Andrew B. Downs
Nevada Bar No. 8052
E-mail:andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Steven E. Guinn
Nevada Bar No. 5341
E-Mail: sguinn@laxalt-nomura.com
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Attorneys for Plaintiff PACIFIC BUILT, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re COMPLAINT OF PACIFIC BUILT, INC. as owner of the Vessel LARC 5B for exoneration from or limitation of liability,<br><br>Plaintiff. | Case No.: 3:18-cv-00367-MMD-WGC<br><br>**MONITION PURSUANT TO 46 U.S.C. § 30505(C) AND SUPPLEMENTAL ADMIRALTY RULE F(3** |

Plaintiff Pacific Built, Inc. has filed a Complaint In Admiralty for Exoneration from or Limitation of Liability and has also deposited $88,360.00, as security for the value of Plaintiff's interest in the vessel in question, for costs, and also for interest. Plaintiff has also applied for a Monition pursuant to 46 U.S.C. § 30505(c) and Supplemental Admiralty Rule F(3), Federal Rules of Civil Procedure.

Based on the court's records and files in this action and Supplemental Admiralty Rule F(3), Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the commencement and/or further prosecution of any and all other actions, suits and/or legal proceedings of any kind in any court arising out of or

connected with events occurring on or about September 20, 2016 involving Plaintiff's vessel in the waters of Lake Tahoe, for which Plaintiff's petition seeks exoneration or limitation of liability, are enjoined and restrained except in the present action.

Parties seeking to make claims arising out of the September 20, 2016 incident shall file them with the Court and serve them on plaintiff's counsel on or before October 4, 2018.

IT IS SO ORDERED.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2018