Mark Wenzel, Esq.
Nevada State Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
mwenzel@bdjlaw.com

Nicholas J. Neidzwski, Esq.
Admitted *Pro Hac Vice*
ANDERSON CAREY
WILLIAMS & NEIDZWSKI
1501 Eldridge Avenue
Bellingham, Washington 98225
Telephone No. (360) 671-6711
Facsimile No. (360) 647-2943
nick@boatlaw.com

*Attorneys for Claimant*
*Andrew Morghen*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re COMPLAINT OF PACIFIC BUILT, INC. as owner of the Vessel LARC 5B for exoneration from or limitation of liability,<br><br>Plaintiff, | Case No.: 3:18-cv-00367-MMD-WGC<br><br>**JOINT STIPULATION AND ORDER TO STAY LIMITATION ACTION AND TO LIFT MONITION** |

Claimant Andrew Morghen ("Claimant") and Plaintiff Pacific Built, Inc. ("Pacific Built"), by and through their undersigned counsel, hereby file the following joint stipulation regarding the above entitled case (hereafter the "Limitation Action") and Claimant's State Court Action, *Andrew Morghen v. Richard Warf; Pacific Built, Inc., et*

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY
LIMITATION ACTION AND TO LIFT MONITION
3:18-cv-00367-MMD-WGC - 1

*al.*, CV18-01650 (Washoe County Second Judicial District Court, Filed August 10, 2018) (hereafter "State Court Action").

Provided that this Court lifts its Monition in this Limitation Action of August 14, 2018 (Docket No. 9) and stays this Limitation Action to permit Claimant to proceed against Pacific Built in the State Court Action, Claimant and Pacific Built stipulate and agree as follows:

1. That Pacific Built has the right to litigate the issue of whether it is entitled to limit its liability under the provisions of the Limitation of Liability Act, 46 U.S.C. § 30505 *et seq.*, in this Court, and that this Court has exclusive jurisdiction to determine this issue.

2. That Pacific Built has the right to have this Court determine the value of the limitation fund and the combined value of the vessel LARC 5B and its cargo, and that this Court has exclusive jurisdiction to determine these issues.

3. That Claimant will not seek a determination of the issues set forth in paragraphs (1) and (2) above in any state court or any forum other than this Court, and consents to waive the right to claim res judicata based on any judgment rendered against Pacific Built outside this Limitation Action.

DATED this 5TH day of December, 2018.

*/s/ Mark Wenzel*
Mark Wenzel, Esq.
Nevada State Bar No. 5820

1  *[signature]*
   Nicholas J. Neidzwski, Esq.
2  Admitted *Pro Hac Vice*

3  Attorneys for Claimant Andrew Morghen

4

5       DATED this 5th    day of December, 2018.

6

7  *[signature]*
   Andrew B. Downs, Esq.
8  Nevada Bar No. 8052

9  Attorney for Plaintiff Pacific Built, Inc.

…

## ORDER

Pursuant to the foregoing Joint Stipulation, IT IS SO ORDERED that the above entitled case, *In Re COMPLAINT OF PACIFIC BUILT, INC.*, Case No. 3:18-cv-00367-MMD-WGC ("Limitation Action"), is stayed and the Monition in this Limitation Action of August 14, 2018 (Docket No. 9) is lifted. The Limitation Action will remain stayed until one party requests otherwise.

Dated: December 10, 2018

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE