Andrew B. Downs
Nevada Bar No. 8052
E-mail:andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Steven E. Guinn
Nevada Bar No. 5341
E-Mail: sguinn@laxalt-nomura.com
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Telephone: 775.322.1170
Facsimile: 775.322.1865

Attorneys for Plaintiff PACIFIC BUILT, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re COMPLAINT OF PACIFIC BUILT, INC. as owner of the Vessel LARC 5B for exoneration from or limitation of liability,<br><br>Plaintiff. | Case No.: 3:18-cv-00367-MMD-WGC<br><br>**STIPULATION AND ORDER FOR RELEASE OF FUNDS IN COURT REGISTRY AND DISMISSAL OF ACTION** |

Petitioner Pacific Built, Inc. and claimant Andrew Morghen, stipulate as follows:

1.  Pacific Built and Morghen have agreed upon a settlement of Morghen's claims against Pacific Built and the Second Judicial District Court of the State of Nevada has entered an Order finding that settlement to be in good faith for the purposes of NRS 17.245.

2.  Under the settlement, plaintiff Morghen is entitled to the funds presently held in the Court's Registry as the Limitation Fund in this matter, including all interest earned on those funds while in the Court's Registry.

Bullivant|Houser|Bailey PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

3. Under the settlement, Morghen is entitled to dismissal with prejudice of Pacific Built's Complaint in Limitation as to him only. All other potential claimants having been defaulted (see ECF 17), dismissal as to Morghen terminates this action.

4. Pacific Built and Morghen request that the Court enter the Order which appears below.

DATED: July 3, 2019

BULLIVANT HOUSER BAILEY PC

By  /s/ Andrew B. Downs
Andrew B. Downs
Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff PACIFIC BUILT, INC.

DATED: July 3, 2019

BRADLEY, DRENDEL & JEANNEY

By  /s/ Mark Wenzel* (by e-mail auth. ABD)
Mark Wenzel
Nevada Bar No. 5820
PO Box 1987
Reno, NV 89505
Telephone: 775.335.9999
Facsimile: 775.335.9993

Attorneys for Claimant ANDREW MORGHEN

## ORDER

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Clerk is directed to release the $88,360 on deposit in the Court's Registry under Receipt number 4234 dated August 16, 2018, plus all interest earned on that sum, to "Bradley, Drendel & Jeanney, As Trustees."

2. The Complaint for Limitation of or Exoneration From Liability of Pacific Built, Inc. will be dismissed with prejudice as to claimant Andrew Morghen. This dismissal will not affect the defaults taken as shown in ECF 17 in this matter.

3. The Clerk will close this matter.

IT IS SO ORDERED.

DATED: July 3, 2019

_____
United States District Judge

4811-8004-8027.1

Bullivant|Houser|Bailey PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701